

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00453-CR

Cody Shane **PIEPER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A16199
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 8, 2018.

Luz Elena D. Chapa, Justice